1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FERNANDEZ and KAREN FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC., PAYPAL CREDIT, SYNCHRONY BANK and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00661-PSG-RAO<br><br>[Assigned to Hon. Philip S. Gutierrez]<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br>[Stipulation for Dismissal with Prejudice filed concurrently]<br><br>Action Filed:  January 25, 2021 |

1 | Having reviewed the Stipulation for Dismissal with Prejudice filed by the
2 | parties on June 29, 2021, the Stipulation is approved and accepted, and this action is
3 | hereby dismissed with prejudice.  Any claims of putative class members are
4 | dismissed without prejudice.  Each party shall bear its own attorneys' fees and costs.

6 | **IT IS SO ORDERED.**

8 | Dated: _____   _____
                                              Hon. Philip S. Gutierrez
                                              United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, a copy of the foregoing **[PROPOSED] ORDER OF DISMISSAL** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　*/s/ Ali Fesharaki*
　　　　　　　　　　　　　　　　　　　　　Ali Fesharaki