CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FERNANDEZ and KAREN FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PAYPAL, INC., PAYPAL CREDIT, SYNCHRONY BANK and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00661-PSG-RAO<br><br>[Assigned to Hon. Philip S. Gutierrez]<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL   [24]<br><br>[Stipulation for Dismissal with Prejudice filed concurrently]<br><br>Action Filed: January 25, 2021 |

1 | Having reviewed the Stipulation for Dismissal with Prejudice filed by the parties on June 29, 2021, the Stipulation is approved and accepted, and this action is hereby dismissed with prejudice. Any claims of putative class members are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 1, 2021

Hon. Philip S. Gutierrez
United States District Judge